TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00814-CV

Jean M. Moore, Appellant

v.

Robert Russell Moore, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 98-00961, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss her appeal based on the parties' settlement
agreement. We grant appellant's motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Appeal Dismissed on Appellant's Motion

Filed: April 26, 2001

Do Not Publish